[Cite as *Hachten v. Ohio Univ.*, 2020-Ohio-4903.]

| | |
|---|---|
| SUE A. HACHTEN | Case No. 2019-01050PQ |
| Requester | Judge Patrick M. McGrath |
| v. | <u>JUDGMENT ENTRY</u> |
| OHIO UNIVERSITY | |
| Respondent | |

{¶1} On April 17, 2020, a special master issued a report and recommendation (R&R) regarding a public-records dispute in this case. The special master recommends that the court (1) find that requester's claim is moot as to records provided by respondent during litigation, (2) issue an order denying requester's claim for disclosure of additional information from the remaining, redacted records, and (3) assess court costs to requester.

{¶2} Neither party has filed timely written objections to the R&R, as permitted by R.C. 2743.75(F)(2) and tolled by 2020 Am.Sub.H.B. No. 197. Pursuant to R.C. 2743.75(F)(2), if neither party timely objects to a special master's report and recommendation, this court is required to "promptly issue a final order adopting the report and recommendation, unless it determines that there is an error of law or other defect evident on the face of the report and recommendation."

{¶3} Upon review of the special master's R&R of April 17, 2020, the court determines that there is no error of law or other defect evident on the face of the R&R. The court adopts the special master's R&R, including the special master's findings of fact, conclusions of law, and recommendations contained in the R&R. Judgment is rendered

in favor of respondent. Court costs are assessed against requester. The clerk shall serve upon all parties notice of this judgment and its date of entry upon the journal.

PATRICK M. MCGRATH
Judge

**Filed August 11, 2020**
**Sent to S.C. Reporter 10/12/20**